IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Superior Bank | § § § § | PLAINTIFF |
| v. | § § | Civil Action No. 1:10cv212-LG-RHW |
| DENNIS W. MOFFETT, individually and doing business as Moffett Appraisals | § § § | DEFENDANT |

## JUDGMENT ON A JURY VERDICT

This action was tried by a jury with Chief United States District Judge Louis Guirola, Jr., presiding, and the jury has returned a verdict.

It is ordered that the plaintiff, Federal Deposit Insurance Corporation as Receiver for Superior Bank, recover from the defendant, Dennis W. Moffett, the amount of $2890.50, with interest at the rate of .1% per annum, along with costs.

**SO ORDERED AND ADJUDGED** this the 28th day of September, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE